## WRITTEN CONSENT TO BECOME A PARTY PLAINTIFF UNDER THE FAMILY MEDICAL LEAVE ACT

Dion Gaines ("Plaintiff") submits this Written Consent to Become a Party Plaintiff in an Action under the Family Medical Leave Act ("FMLA") against Cook County Sheriff's Office ("Defendant"). Plaintiff consents to becoming a party plaintiff in this action against Defendant because of the Defendant's interference with Plaintiff's FMLA rights and retaliation because Plaintiff requested leave under the FMLA.

Dated: 8-29-16

Dion Gaines, Plaintiff

**EXHIBIT A**